IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

United States of America )
) Case No. CR 210-54
v. )
)
Jacoby Antwon Thomas, et al )

## O R D E R

The above captioned case filed in the Brunswick Division of this Court currently being assigned to the Honorable Magistrate Judge James E. Graham,

It is hereby ORDERED that this case be reassigned to the Honorable Magistrate Judge G. R. Smith.

SO ORDERED, this _21_ day of September, 2016.

Lisa Godbey Wood, Chief Judge
United States District Judge
Southern District of Georgia