# United States District Court
# for the Southern District of Georgia
# Brunswick Division



FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 4:21 pm, Jun 26, 2017

JACOBY ANTWON THOMAS,   )
           )
  Movant,      )
           )
v.          )   CV215-083
           )   CR210-054
UNITED STATES OF AMERICA,  )
           )
  Respondent.    )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this ⟋⟍ day of June, 2017.

<br>

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)